

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **CALVIN GARY WALKER,** *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 1:15-CV-379 |
| **BEAUMONT INDEPENDENT SCHOOL DISTRICT,** *et al.*, | § § § § | |
| *Defendants*. | § | |

**MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION**

In accordance with 28 U.S.C. § 636 and the Local Rules for the United States District Court for the Eastern District of Texas, the District Court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition of case-dispositive motions. On November 30, 2020, Judge Giblin issued a report and recommendation on the following motions:

Beaumont Independent School District (BISD), Vernice Monroe, A.B. Bernard, Jimmy Simmons, Robert Turner, Joe Domino, Lenny Caballero, Jack Carroll, Aaron Covington, Leroy Saleme, Vernon Butler, Jane Kingsley, and Terry Ingram's (collectively, "the BISD Defendants") re-urged Motion for Attorneys' Fees (doc. #345); and

Defendants Michael Neil ("Neil") and Tom Neild's ("Neild") re-urged Motion for Attorneys' Fees (doc. #346).

Judge Giblin recommended that the Court grant the motions for attorneys' fees. He also recommended that the Court award attorneys' fees to the BISD Defendants, Neil, and Neild.

No party has filed objections to the magistrate judge's report. The Court ORDERS that the Report and Recommendation (#348) is ADOPTED. The BISD Defendants' Re-Urged Motion for Attorneys' Fees (#345) and Neil and Neild's Re-Urged Motion for Attorneys' Fees (#346) are GRANTED.

The Court further ORDERS that attorneys' fees are awarded in the amount of $95,282.75 to the BISD Defendants and $46,224.53 to Neil and Neild. The fee awards are to be recovered from Plaintiffs, jointly and severally. Plaintiffs are ORDERED to pay the fee amounts within twenty-one (21) days of this order, as recommended by the magistrate judge and requested by Defendants.

SIGNED at Beaumont, Texas, this 19th day of January, 2021.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE